1  Alexandra K. Piazza (SBA 341678)
2  Sophia Rios (SBA 305801)
   BERGER MONTAGUE PC
3  401 B Street, Suite 2000
   San Diego, CA 92101
4  Tel: (619) 489-0300
   apiazza@bm.net
5  srios@bm.net

6  *Attorneys for Plaintiff and the*
7  *Proposed Collective and Class*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | | |
|---|---|---|
| DWAYNE AUSTIN, individually and on behalf of all persons similarly situated, | : | Civil Action No.: 2:21-cv-02100-KJM-DB |
| | : | |
| | : | **CLASS AND COLLECTIVE ACTION** |
| Plaintiff, | : | |
| | : | |
| v. | : | **JURY TRIAL DEMANDED** |
| | : | |
| FINISHLINE EXPRESS LLC and DHL EXPRESS (USA) INC. d.b.a. DHL EXPRESS, | : | |
| | : | |
| | : | |
| Defendants. | : | |
| | : | |

**STIPULATION AND ORDER TO CONTINUE STAY OF CASE**
**PENDING ALTERNATIVE DISPUTE RESOLUTION AND TOLLING**

1  [Additional Counsel]

2  Ace T. Tate
   Amanda L. Iler
3  MARTENSON, HASBROUCK & SIMON LP
   455 Capitol Mall, Suite 400
4  Sacramento, CA
5  Phone: (279) 895-6519
   atate@martensonlaw.com
6  ailer@martensonlaw.com

7  *Attorney for Defendant Finishline Express, LLC*

8
   Linda Cooper Schoonmaker
9  Brian A. Wadsworth
   SEYFARTH SHAW LLP
10 700 Milam Street, Suite 1400
   Houston, TX 77002
11 713-860-0083
   Fax: 713-821-0656
12 lschoonmaker@seyfarth.com
13 bawadsworth@seyfarth.com

14 *Attorneys for Defendant DHL Express (USA), Inc.*

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2
STIPULATION AND ORDER TO CONTINUE TO STAY CASE
PENDING ALTERNATIVE DISPUTE RESOLUTION AND TOLLING

**STIPULATION AND PROPOSED ORDER TO CONTINUE STAY OF CASE
PENDING ALTERNATIVE DISPUTE RESOLUTION AND TOLLING**

Plaintiff Dwayne Austin ("Plaintiff") and Defendants Finishline Express ("Finishline") and DHL Express (USA) Inc. d.b.a. DHL Express ("DHL") (collectively, the "Parties"), through their undersigned counsel, hereby stipulate as follows:

1. The Parties met and conferred regarding a possible stay and to engage in ADR to attempt to resolve the case, which led to the agreement to schedule a private mediation with experienced mediator Dennis Clifford, Esq.

2. On January 14, 2022, the Parties informed the Court of these efforts by submitting a stipulation to stay the case until May 31, 2022, pending settlement efforts, (ECF No. 6), which the Court approved (ECF No. 8). The Court further tolled the statute of limitations on potential wage claims for the Parties and Class Members. (ECF No. 8.)

3. Currently, Defendants' respective responses to Plaintiff's Complaint are due July 25, 2022. The Initial Scheduling Conference was reset to August 25, 2022. (ECF No. 8.)

4. On May 26, 2022, the Parties participated in a remote mediation with Dennis Clifford, Esq. The mediation was unsuccessful, however, the Parties agreed to consider a second mediation.

5. On June 29, 2022, the Parties met and conferred regarding continued alternative dispute resolution and agreed to continue potential settlement discussions, including the exchange of additional documents and information.

6. To allow the Parties to focus on ADR-related process set forth above, and to promote judicial economy, the Parties respectfully request a stay of these proceedings from the date of the filing of this Stipulation until September 2, 2022 (the "Stay Period"). The Parties agree that all deadlines and statute of limitations on potential wage claims shall be tolled for the Parties and Class Members. Such tolling shall begin upon approval of this stipulation by the Court and continue until thirty (30) days after the Stay Period. The Parties further respectfully

1  request that the deadline for Defendants to file their responses to Plaintiff's Complaint be
2  extended to 30 days after the end of the tolling period.
3      7.    On or before September 2, 2022, the Parties will submit a joint status report
4  apprising the Court as to the status of the settlement discussions.
5      WHEREFORE, the Parties respectfully request that the Court enter this stipulation as
6  an Order.
7      Pursuant to Local Rule 131(e) filing counsel represents they have obtained the approval
8  of the undersigned prior to submission.

Dated: July 18, 2022                               Respectfully submitted,

/s/ Alexandra K. Piazza                            /s/ Amanda L. Iler (as authorized on 7/18/2022)
Alexandra K. Piazza                                Ace T. Tate
Sophia Rios                                        Amanda L. Iler
BERGER MONTAGUE PC                                 MARTENSON, HASBROUCK
401 B Street, Suite 2000                              & SIMON LP
San Diego, CA 92101                                455 Capitol Mall, Suite 400
Tel: (619) 489-0300                                Sacramento, CA
apiazza@bm.net                                     Phone: (279) 895-6519
srios@bm.net                                       atate@martensonlaw.com
                                                   ailer@martensonlaw.com
*Attorneys for Plaintiff and
the Proposed Classes*                              *Attorneys for Defendant Finishline Express, LLC*


                                                   /s/ Linda Cooper Schoonmaker (as authorized on 7/18/2022)
                                                   Linda Cooper Schoonmaker
                                                   SEYFARTH SHAW LLP
                                                   700 Milam Street, Suite 1400
                                                   Houston, TX 77002
                                                   Telephone: 713-860-0083
                                                   Facsimile: 713-821-0656
                                                   lschoonmaker@seyfarth.com

                                                   Philip J. Ebsworth
                                                   California Bar No. 311026
                                                   SEYFARTH SHAW LLP

4
STIPULATION AND ORDER TO CONTINUE TO STAY CASE
PENDING ALTERNATIVE DISPUTE RESOLUTION AND TOLLING

400 Capitol Mall, Suite 2350
Sacramento, California 95814
Telephone: (916) 498-7012
Facsimile: (916) 558-4839
pebsworth@seyfarth.com

*Attorneys for Defendant DHL Express (USA), Inc.*

## ORDER

The court has reviewed the parties' stipulation, ECF No. 11. Good cause appearing, the court orders:

1. The proceeding shall be stayed until September 2, 2022.
2. All deadlines and statute of limitations on potential wage claims shall be tolled for the Parties and Class Members until thirty (30) days after the end of the Stay Period.
3. The deadline for Defendants to file their responses to Plaintiff's Complaint is extended to 30 days after the end of the tolling period.
4. The Initial Scheduling Conference set for August 24, 2022 is VACATED and RESET for November 3, 2022 at 2:30 p.m., with the filing of a joint status report due fourteen days prior.

**IT IS SO ORDERED**.

DATED: August 2, 2022.

CHIEF UNITED STATES DISTRICT JUDGE