Alexandra K. Piazza (SBA 341678)
Sophia Rios (SBA 305801)
BERGER MONTAGUE PC
401 B Street, Suite 2000
San Diego, CA 92101
Tel: (619) 489-0300
apiazza@bm.net
srios@bm.net

*Attorneys for Plaintiff and the
Proposed Collective and Class*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA
### SACRAMENTO DIVISION

| | |
|---|---|
| DWAYNE AUSTIN, individually and on behalf of all persons similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> FINISHLINE EXPRESS LLC and DHL EXPRESS (USA) INC. d.b.a. DHL EXPRESS, <br><br> Defendants. | Civil Action No.: 2:21-cv-02100-KJM-DB <br><br> **CLASS AND COLLECTIVE ACTION** <br><br> **JURY TRIAL DEMANDED** <br><br> JOINT STATUS REPORT AND STIPULATION REGARDING TOLLING AND DEADLINE TO RESPOND TO PLAINTIFF'S COMPLAINT; ORDER THEREON |

[Additional Counsel]

Ace T. Tate
Amanda L. Iler
MARTENSON, HASBROUCK & SIMON LP
455 Capitol Mall, Suite 400
Sacramento, CA
Phone: (279) 895-6519
atate@martensonlaw.com
ailer@martensonlaw.com

*Attorney for Defendant Finishline Express, LLC*

---

JOINT STATUS REPORT AND STIPULATION TO EXTEND TOLLING AND DEADLINE TO RESPOND TO
PLAINTIFF'S COMPLAINT; ORDER

1  Linda Cooper Schoonmaker (*pro hac vice application pending*)
   SEYFARTH SHAW LLP
2  700 Milam Street, Suite 1400
3  Houston, TX 77002
   Telephone: 713-860-0083
4  Fax: 713-821-0656
   lschoonmaker@seyfarth.com
5
   *Attorneys for Defendant DHL Express (USA) Inc.*
6

JOINT STATUS REPORT AND STIPULATION TO EXTEND TOLLING AND DEADLINE TO RESPOND TO PLAINTIFF'S COMPLAINT; ORDER

**JOINT STATUS REPORT AND STIPULATION TO EXTEND TOLLING AND DEADLINE TO RESPOND TO PLAINTIFF'S COMPLAINT**

Plaintiff Dwayne Austin ("Plaintiff") and Defendants Finishline Express ("Finishline") and DHL Express (USA) Inc. ("DHL") (collectively, the "Parties"), through their undersigned counsel, hereby report to the Court as follows:

1. Shortly after this lawsuit was filed the Parties agreed to seek a stay of the lawsuit to engage in ADR in an attempt to resolve the case.

2. The Court granted that and several other requests for stays which included the tolling of the statute of limitations on potential wage claims for the Parties and the Class Members and extensions of the deadline for Defendants' first responsive pleadings.

3. Despite engaging in a formal mediation on May 26, 2022 followed by continued discussions regarding a potential settlement, no settlement has been reached.

4. Currently, Defendants' first responsive pleadings currently are due November 1, 2022.

5. Although the stay entered by this Court expired on September 2, 2022, the Parties extended the stay for tolling purposes regarding the statute of limitations until November 1, 2022.

6. The parties are continuing to explore early resolution of this action and believe at this time their resources are better spent on attempting to reach an early resolution in lieu of responsive pleading practice while at the same time conserving scare judicial resources.

7. The parties agree that tolling of the statute of limitations on potential wage claims for the Parties and the Class Members and Defendants' deadline to respond to Plaintiff's complaint to December 16, 2022.

Pursuant to Local Rule 131(e) filing counsel represents they have obtained the approval of the undersigned prior to submission.

///

| | | |
|---|---|---|
| 1 | Dated: October 20, 2022 | Respectfully submitted, |

/s/ Alexandra K. Piazza (as authorized on 10/20/2022)
Alexandra K. Piazza
Sophia Rios
BERGER MONTAGUE PC
401 B Street, Suite 2000
San Diego, CA 92101
Tel: (619) 489-0300
apiazza@bm.net
srios@bm.net

*Attorneys for Plaintiff and
the Proposed Classes*

/s/ Amanda L. Iler (as authorized on 10/20/2022)
Ace T. Tate
Amanda L. Iler
MARTENSON, HASBROUCK
  & SIMON LP
455 Capitol Mall, Suite 400
Sacramento, CA
Phone: (279) 895-6519
atate@martensonlaw.com
ailer@martensonlaw.com

*Attorneys for Defendant Finishline Express, LLC*

/s/ Linda Cooper Schoonmaker (as authorized on 10/20/2022)
Linda Cooper Schoonmaker
SEYFARTH SHAW LLP
700 Milam Street, Suite 1400
Houston, TX 77002
Telephone:  713-860-0083
Fax: 713-821-0656
lschoonmaker@seyfarth.com

*Attorneys for Defendant DHL Express (USA) Inc.*

ORDER

The court has reviewed the parties' joint status report and stipulation, ECF No. 16. Good cause appearing, the court orders:

1. The statute of limitations on potential wage claims shall be tolled for the Parties and Class Members.

2. The deadline for Defendants' to respond to Plaintiff's complaint is December 16, 2022.

**IT IS SO ORDERED.**

DATED: October 25, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE